1   LAW OFFICES OF DEBORAH L. RAYMOND
    Deborah L. Raymond, SBN 173528
2   445 Marine View Avenue, Suite 305
    Del Mar, CA 92014
3   (858) 481-9559

FILED

'08 MAY -2 PM 3:57

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

4   Attorney For Plaintiffs, TIMOTHY LOSACCO and FLORENCE LOSACCO

DEPUTY

5

6

7

8                           UNITED STATES DISTRICT COURT
9                           SOUTHERN DISTRICT OF CALIFORNIA

                                                    Case No. '08 CV 0810 JM POR

10

11  TIMOTHY LOSACCO, an individual;
    FLORENCE LOSACCO, an individual,         COMPLAINT FOR INJUNCTIVE RELIEF,
12                                           RECOUPMENT/SETOFF, DAMAGES,
            Plaintiffs,                      ACCOUNTING, AND TO QUIET TITLE
                                             RELATING TO VIOLATIONS OF THE
13  vs.                                      TRUTH IN LENDING ACT, THE
                                             CALIFORNIA ROSENTHAL ACT, AND
14                                           **DEMAND FOR JURY TRIAL**
    FREMONT INVESTMENT & LOAN, a
15  California corporation; and DOES 1-10,
    inclusive,
                                             [15 U.S.C. §§1601 et seq.; Cal. Civ. Code
16                                           §§1788 et seq ]
            Defendant(s).
17

18

19          COMES NOW the Plaintiffs, TIMOTHY LOSACCO and FLORENCE LOSACCO

20  (hereinafter "Plaintiffs") who allege:

21                              **INTRODUCTION**

22          1.  This Complaint is filed defensively and affirmatively under the Truth In Lending

23  Act ("TILA"), 15 U.S.C. §§1601, et seq. to enforce Plaintiffs' right to rescind a consumer credit

24  transaction, to void the Defendant's security interest in Plaintiffs' residence, to recover actual and

25  statutory damages by way of recoupment and money, reasonable attorney's fees and costs by reason

26

Losacco v. Fremont Investment & Loan et al.
Case No.                                                        1

ORIGINAL

COMPLAINT

1    of Defendant's violations of TILA and Regulation Z, 12 C.F.R. §226 (Reg. Z"). In addition, Plaintiffs

2    seek actual and statutory damages, reasonable attorney's fees and costs by reason of the Defendant's

3    violations of the California Rosenthal Act, Cal. Civ. Code sections 1788 et seq.

### JURISDICTION

4

5    2. Jurisdiction is conferred on this court by 15 U.S.C. 1640(e), 28 U.S.C §§ 1331, 1337

6    and by the doctrine of pendent jurisdiction. The Court has authority to issue a declaratory judgment

7    by virtue of 28 U.S.C. § 2201.

8

### COMMON ALLEGATIONS

9

10    3. At all times mentioned in this Complaint, Plaintiff Timothy Losacco was and is an

11    individual consumer residing in the County of San Diego, and was and is an owner of that certain real

12    property located in the County of San Diego and generally described as 804 Begonia Street,

13    Escondido, California 92027 ("Plaintiffs' Residence" or "the Real Property").

14    4. At all times mentioned in this Complaint, Plaintiff Florence Losacco was and is an

15    individual consumer residing in the County of San Diego, and was and is an owner of that certain real

16    property located in the County of San Diego and generally described as 804 Begonia Street,

17    Escondido, California 92027.

18

19    5. Plaintiffs are informed and believe and thereon allege that at all times mentioned

20    in this Complaint, defendant Fremont Investment & Loan (hereinafter referred to as "Fremont") was

21    and is a California corporation in the business of originating consumer credit transactions described

22    in TILA, and/or the purchasing and otherwise taking assignment of consumer credit transactions

23    described in TILA, originated by others. Plaintiff is further informed and believes and thereon alleges

24    that defendant Fremont was and is in the business of regularly collecting consumer debts, either on

25    behalf of itself or others, thereby bringing it under the authority of the California Rosenthal Act, Cal.

26

Civil Code sections 1788 et seq.

6. The true names and capacities, whether corporate, individual or other, of the defendants sued as Does 1 through 10 are presently unknown to Plaintiffs who therefore sue said defendants by such fictitious names. Plaintiffs will seek leave to amend this Complaint to reflect the true names and capacities of said defendants when the same have been ascertained. Plaintiffs are informed and believe and thereon allege that each of said fictitiously named defendants is responsible in some manner for the acts complained of herein.

7. Plaintiffs are informed and believe and thereon allege that at all times mentioned in this Complaint, each of the defendants was an officer, director, agent, employee, assignor, assignee or associate of each of their co-defendants, and was at all times acting within the scope of such capacity with the full knowledge and consent of each said co-defendant.

### IV. COMMON FACTUAL ALLEGATIONS

8. Plaintiffs re-allege and incorporate the allegations in Paragraphs 1 through 7 above with the same force and effect as if herein set forth.

9. On or about July 17, 2006, Plaintiffs entered into a consumer credit transaction ("Transaction") to refinance their principle dwelling/residence located at 804 Begonia Street, Escondido, California 92027 ("Plaintiffs' Residence"), by entering into a mortgage with Defendant Fremont, in the amount of Four Hundred Thirty Two Thousand Nine Hundred Dollars ($432,900.00), secured by a first deed of trust on Plaintiffs' residence. The purpose of the Transaction was primarily personal, family and household in that it paid off the existing mortgages held by Wells Fargo Home Mortgage and National City, along with other personal creditors. The Transaction was subject to a finance charge and was payable by written agreement in more than four installments.

10. On or about July 17, 2006, Plaintiffs, in the course of the Transaction, signed

1    numerous Transaction documents dated July 14, 2006.  Immediately after Plaintiffs signed the

2    Transaction documents, the signed Transaction documents taken by the notary public and Plaintiffs

3    were given another packet of documents and were told that the packet of documents were copies of

4    the Transaction documents Plaintiffs had just signed.  Plaintiffs did not receive required Transaction

5    documents, including but not limited to two copies of the notice of right to cancel containing the date

6    of the expiration of the cancellation period.

7            12.  On January 23, 2008, a foreclosure proceeding was begun against Plaintiffs'

8    Residence by the recording of a Notice of Default in the office of the County Recorder.

9

10           13. On February 14, 2008, Plaintiffs, through their counsel, sent Defendant Fremont

11   a Qualified Written Request ("QWR 1").  A copy of the QWR 1 is herein attached and incorporated

12   by reference as Exhibit "A".  The QWR 1 was received by Defendant Fremont on February 15, 2008.

13   A copy of the U.S. Postal Delivery Confirmation is herein attached and incorporated by reference as

14   Exhibit "A-1".  Defendant Fremont never responded to QWR 1.

15           14.   On March 5, 2008, pursuant to 15 U.S.C. §1635, Plaintiffs rescinded the

16   Transaction by sending the notice (Rescission Notice) required by Regulation Z, along with another

17   Qualified Written Request to Defendant Fremont.  A copy of the Rescission Notice is herein attached

18   and incorporated by reference as Exhibit "B".  Defendant Fremont received the Rescission Notice on

19   March 7, 2008.  A copy of the U.S. Postal Delivery Confirmation is herein attached and incorporated

20   by reference as Exhibits "B-1".

21

22           15. More than twenty (20) days have elapsed since the Rescission Notice was received,

23   and Defendant GMAC has failed and refused, and continue to fail and refuse, to perform any of the

24   acts required by 15 U.S.C. §1635(b), and have instead, continued foreclosure proceedings by

25   scheduling a foreclosure sale for April 15, 2008.

26

16.  Despite receipt of the QWR 1 and Rescission Notice, Defendant Fremont has continued its collection efforts of a disputed debt, scheduled a foreclosure sale, demanded payment of false amounts, and threatened action prohibited by law.

17.  Defendant Fremont's actions have caused Plaintiffs severe emotional distress, including but not limited to loss of appetite, frustration, fear, anger, helplessness, nervousness, sleeplessness, worry, sadness, and depression.

## FIRST CAUSE OF ACTION

## (TILA )

18.  For a First Cause of Action against Defendant, Plaintiffs restate the allegations contained in Paragraphs 1 through 17.

### COUNT ONE – Rescission

19. The Transaction was subject to Plaintiffs' right of rescission as described by 15 U.S.C. § 1635 and Reg Z § 226.23 (12 C.F.R. §226.23).

20. In the course of the Transaction, 15 U.S.C. § 1635(a) and Reg Z § 226.23(b) were violated when Plaintiffs did not receive two copies of a notice of right to cancel containing the date of expiration of the cancellation period.

21.  In the course of the Transaction Defendant violated 15 U.S.C. § 1635(a) and Reg Z § 226.23(b) by failing to deliver to Plaintiffs all "material" disclosures required by TILA and Reg Z.

22.  Plaintiffs had a continuing right to rescind the Transaction, pursuant to 15 U.S.C. § 1635(a) and Reg Z § 226.23(a)(3), for up to three years after consummation of the Transaction.

23.  Plaintiffs rescinded the transaction by sending a Rescission Notice to Fremont on March 5, 2008 via First Class Certified U.S. Mail, postage fully prepaid.

24. More than twenty (20) calendar days have elapsed since Defendant received the Rescission Notice.

25. Defendant Fremont has failed to take any action necessary or appropriate to reflect the termination of any security interest created under the Transaction, including the termination of the deed of trust recorded against Plaintiffs' Residence, as required by 15 U.S.C. §1635(b) and Reg Z § 226.23(d)(2).

26. By way of Plaintiffs' rescission of the Transaction, Plaintiffs are entitled to:

a. Enforcement of the Rescission of the Transaction;

b. Termination of any security interest in Plaintiffs' Residence created under the Transaction;

c. Return of any money or property given by Plaintiffs to anyone, including Defendant, in connection with the Transaction;

d. Expungement of any foreclosure instrument, including but not limited to any Notice of Default or Notice of Trustee's Sale, relating to the Transaction from any public record;

e. Removal of any derogatory information reported to any credit reporting agency or credit reporting bureau relating to the Transaction; and

f. Costs and Reasonable attorney's fee.

**COUNT TWO - Recoupment**

27. Violations of TILA described in paragraphs 19 and 26 above and herein restated, subject Defendant Fremont to the remedies set forth in 15 U.S.C. § 1640.

28. Plaintiffs having filed this action in defense of Defendant Fremont's foreclosure proceeding, Plaintiffs are entitled to seek recoupment or set-off of any damages, actual and statutory, based on violations that occurred at the consummation of the Transaction, pursuant to 15 U.S.C. § 1640(e).

29.  By way of recoupment, Plaintiffs are entitled to a setoff in an amount equal to actual and statutory damages to be proven at trial for violations of TILA that occurred at the consummation of the Transaction. Plaintiffs are also entitled to costs and reasonable attorney's fees.

<b>COUNT THREE - Damages</b>

30.  On or about March 5, 2008, pursuant to 15 CFR 226.23, Plaintiffs rescinded the Transaction by sending the Rescission Notice to defendant Fremont.

31.  Defendant Fremont failed to comply with the provisions of 12 CFR 226.23.

32.  As a result of the failure of defendant Fremont to comply with the provisions of the TILA and Reg Z, Plaintiffs are entitled to a complete release from any obligation to defendant Fremont and to expungement of the Deed of Trust recorded against Plaintiffs' Residence.

33.  As a further result of the failure of defendant Fremont to comply with the rescission provisions of the TILA and Reg Z, Plaintiffs are entitled to statutory damages up to $2,000.00 for defendant Fremont's failure to respond properly to Plaintiffs' Rescission Notice, actual damages in an amount to be determined at trial; and costs and Reasonable attorney's fee.

<b><u>SECOND CAUSE OF ACTION</u></b><br><b>(California Rosenthal Act)</b>

34.  For a Second Cause of Action against Defendant, Plaintiffs restate the allegations of Paragraphs 1 through 33.

35.  Defendant Fremont's actions constitute a violation of the California Rosenthal Act in that they threatened to take actions not permitted by law, including but not limited to foreclosing upon a void security interest, falsely stating the amount of a debt, increasing the amount of a debt by including amounts that are not permitted by law or contract, and using unfair and unconscionable means in an attempt to collect a debt.

36.  Defendant Fremont's actions have caused Plaintiffs actual damages, including but

not limited to severe emotional distress, including but not limited to loss of appetite, frustration, fear, anger, helplessness, nervousness, sleeplessness, worry, sadness, and depression.

37.  As a direct result of said violations, Plaintiffs are entitled to statutory damages in an amount to be determined at trial, actual damages according to proof, and costs and reasonable attorneys' fees.

## THIRD CAUSE OF ACTION
### (Quiet Title)

38.  For a Third Cause of Action against Defendant, Plaintiffs restate the allegations of Paragraphs 1 through 33.

39.  Defendant Fremont claims an interest adverse to Plaintiffs' Residence in the form of the trust deed recorded pursuant to the Transaction, and Plaintiffs are seeking to quiet title against the claims of Defendant Fremont under such trust deed.

40.  Plaintiffs seek to quiet title as of July 17, 2006, the date of consummation of the Transaction.

## FOURTH CAUSE OF ACTION
### (Accounting)

41.  For a Fourth Cause of Action against the Defendant, Plaintiffs restate the allegations contained in Paragraphs 1 through 33.

42.  Pursuant 15 U.S.C. §1635(b) and 12 U.S.C. §2605, Plaintiffs are entitled to an accounting for and return of certain amounts paid by Plaintiffs since the inception of the Transaction, and of the amount, if any, to be tendered by Plaintiffs as a result of Plaintiffs' rescission of the Transaction.

43.  Despite Plaintiffs' sending of the QWR 1 and Rescission Notice, Defendant Fremont has failed and refused and continue to fail and refuse to provide an accounting or to return or offer to return said amounts, or any portion of them.

1      WHEREFORE, it is respectfully prayed that this Court:

2    ON THE FIRST CAUSE OF ACTION:

3         1. Assume jurisdiction of this case;

4         2. Declare the security interest in Plaintiffs' Residence is void;

5         3. Rescind the Transaction;

6         4. Order Defendant to take all action necessary to terminate any security interest in

7    Plaintiffs' Residence created under the Transaction, and that the Court declare all such security

8    interests void, including but not limited to the deed of trust related to the Transaction;

9         5. Order the return to Plaintiffs of any money or property given by Plaintiffs to anyone

10   in connection with the Transaction;

11

12        6. Enjoin Defendant during the pendency of this action, and permanently thereafter,

13   from instituting, prosecuting, or maintaining foreclosure proceedings on the Plaintiffs' Residence,

14   from recording any deeds or mortgages regarding the property or from otherwise taking any steps to

15   deprive Plaintiffs of ownership of that property;

16        7. Order the expungement of any foreclosure instrument, including any Notice of

17   Default and Notice of Trustee's Sale relating to the Transaction from any public record;

18        8. Order the removal of any derogatory information relating to the Transaction from

19   Plaintiffs' credit history;

20

21        9. Award Plaintifsf statutory damages for Defendant's failure to respond properly to

22   Plaintiffs' rescission notice, in the amount of twice the finance charge in connection with the

23   Transaction, but not less than $200 or more than $2,000 as provided by 15. U.S.C. § 1640(a);

24        10. Order that, because Defendant failed to properly respond to Plaintiffs' notice of

25   rescission, Plaintiffs have no duty to tender, but in the alternative, if tender is required, determine the

26   amount of the tender obligation in light of all the Plaintiffs' claims, including damages from violations

Losacco  v. Fremont Investment & Loan et al.                                    COMPLAINT
Case No.                                    9

relating to the consummation of the Transaction by way of recoupment, and order Defendant to accept

tender on reasonable terms and/or over a reasonable period of time;

11.  Award of actual damages in an amount to be established at trial;

12.  Award Plaintiffs costs and reasonable attorney's fees as provided under 15 U.S.C.

§1640(a);

13.  Award such other and further relief as the Court deems just and proper.

ON THE SECOND CAUSE OF ACTION:

14.  Actual damages, including but not limited to emotional distress;

15.  For statutory damages in an amount not less than $100.00;

16.  Award Plaintiffs costs and reasonable attorney's fees as provided under Cal. Civ.

Code section 1788.30;

17.  Award such other and further relief as the Court deems just and proper.

ON THE THIRD CAUSE OF ACTION:

18.  For an order quieting title in and to Plaintiffs' Residence, free from any

encumbrance, lien or cloud on title created as a result of the Transaction.

ON THE FOURTH CAUSE OF ACTION:

19.  For an accounting of all amounts paid by Plaintiffs pursuant to the Transaction,

an accounting of all charges and fees demanded from Plaintiffs, and a statement of the amount

required to be restored to Defendant Fremont, if any.

ON ALL CAUSES OF ACTION:

20.  For costs of suit incurred herein;

21.  For reasonable attorneys fees permitted by statute; and,

////

////

1     22. For such other and further relief as this court may deem just and proper.

2  Date: 5/2/08

3                                              Respectfully submitted,
                                           Law Offices of Deborah L. Raymond

4

5

6     By:_____
                                              Deborah L. Raymond, Esq.
7                                              Attorney For Plaintiffs

8

9                          DEMAND FOR JURY TRIAL

10         Plaintiffs hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of

11  Civil Procedure.

12

13  Date: 5/2/08

                                              Respectfully submitted,
14                                           Law Offices of Deborah L. Raymond

15

16     By:_____
                                              Deborah L. Raymond, Esq.
17                                              Attorney For Plaintiffs

18

19

20

21

22

23

24

25

26

# Law Offices of Deborah L. Raymond

445 Marine View Avenue, Suite 305
Del Mar, CA 92014
Tel: 858-481-9559
Fax: 858-724-0747

February 14, 2008

SENT VIA FIRST CLASS CERTIFIED U.S. MAIL
Certified Receipt# 7007 1490 0001 7544 4348

7007 1490 0001 7544 4348

Fremont Investment & Loan
P.O. Box 19030
San Bernardino, CA 92423-9030

Re:    Timothy & Florence Losacco
       Real Estate Loan No. 3000221234
       Property Address: 804 Begonia Street, Escondido, California 92027
       A QUALIFIED WRITTEN REQUEST PURSUANT TO 12 U.S.C. §2605

Dear Sir or Madam:

    This office represents Timothy & Florence Losacco in their claims regarding the above referenced loan. Enclosed is a copy of a Letter of Designation And Authorization signed by my clients. **All further communications must be directed to this office only.** The debt associated with the above referenced real estate loan number is hereby disputed.

    Pursuant to 12 U.S.C. §2605, A QUALIFIED WRITTEN REQUEST is hereby made for information regarding the origination and the servicing of the loan, including without limitation copies of all <u>signed and/or unsigned</u> versions of the following documents relating to the above referenced loan:

    1. Notice of Right of Rescission or Notice of Right To Cancel;
    2. HUD-1 Disclosure or closing statement;
    3. Truth In Lending Act Disclosures;
    4. The Entire Note;
    5. Deed of Trust;
    6. All riders to any of the above documents;
    7. Disclosures pursuant to 15 U.S.C. §1639;

12 USC §2605: Qualified Written Request        Page 1 of 3

12

**EXHIBIT "A"**

8. A History of Payments and other documents showing the loan disbursements, loan charges, payments made, and current principal balance due;

9. The Entire Loan Application File; and

10. All correspondence.

In addition, pursuant to 15 U.S.C. §1641(f)(2), request is hereby made for the name, address, and telephone number of the master servicer, the mortgage holder, the loan holder, and the owner of the loan secured by the property referenced above.

Sincerely,

Deborah L. Raymond
Attorney At Law

enclosure;

12 USC §2605: Qualified Written Request     Page 2 of 3

13

EXHIBIT "A"

We, Timothy and Florence Losacco hereby request information regarding the origination and the servicing of our real estate loan, real estate loan number 3000221234. Please forward all information to our attorney.

Date:

_____          _____
Timothy Losacco                                                    Florence Losacco

12 USC §2605: Qualified Written Request          Page 3 of 3

EXHIBIT "A"

# Law Offices of Deborah L. Raymond

380 Stevens Avenue, Suite 205
Solana Beach, CA 92075
Tel: 858-481-9559
Fax: 858-724-0747

## LETTER OF DESIGNATION AND AUTHORIZATION

To Whom It May Concern:

Re: Timothy Losacco and Florence Losacco / 804 Begonia Street, Escondido, CA 92806

Please be advised that I have retained the Law Offices of Deborah L. Raymond to represent my interests. I hereby authorize the Law Offices of Deborah L. Raymond to represent my interests, including, but not limited to, communicating, negotiating, and otherwise dealing with my loan, previously or currently held by Freemont Investment & Loan, and all parties associated with said loan, including without limitation, Mortgage Works, Lawyers Title Company, assigns, creditors, collectors, collection agencies, credit reporting agencies, attorneys, and all Federal, State, and local government agencies, as may be required in her representation of me. Except, this authorization does not authorize the Law Offices of Deborah L. Raymond to accept service of any summons and/or complaint on my behalf.

Also, by signing below, I authorize any credit reporting agencies, credit reporting bureaus, collector, creditor, doctor, chiropractor, hospital, any other healthcare provider, employer, police agency, government agency, or any other person to whom a signed photocopy or facsimile of this authorization is delivered, to furnish any information, documents, reports or copies of records which may be requested by the Law Offices of Deborah L. Raymond.

Date: 11/15/07          Signed: _____

Date: 11/5/07           Signed: _____

15                              **EXHIBIT "A"**

 **UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 1490 0001 7544 4348
Status: **Delivered**

Your item was delivered at 10:37 am on February 15, 2008 in SAN
BERNARDINO, CA 92403. A proof of delivery record may be available
through your local Post Office for a fee.

Additional information for this item is stored in files offline.

[ *Restore Offline Details >* ] (?)   [ *Return to USPS.com Home >* ]

---

**Track & Confirm**

Enter Label/Receipt Number.

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service** Los A. Co.
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

SAN BERNARDINO CA 92423

| | | | 0075 |
|---|---|---|---|
| Postage | $ | $0.41 | |
| Certified Fee | | $2.65 | |
| Return Receipt Fee (Endorsement Required) | | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.06 | 02/14/2008 |

Sent To   Freemont Investment & Loan
Street, Apt. No.; or PO Box No.   P.o. Box 19030
City, State, ZIP+4   San Bernardino CA 92423-7030

16

**EXHIBIT "A-1"**
4/29/2008

# Law Offices of Deborah L. Raymond

445 Marine View Avenue, Suite 305
Del Mar, CA 92014
Tel: 858-481-9559
Fax: 858-724-0747

March 5, 2008

SENT VIA FIRST CLASS CERTIFIED U.S. MAIL
Certified Receipt# 7007 1490 0003 2626 3521

7007 1490 0003 2626 3521

Fremont Investment & Loan
1065 N. Pacificenter Drive
Anaheim, CA 92806
Funding Dept.        Attn: Funding Manager

SENT VIA FIRST CLASS CERTIFIED U.S. MAIL
Certified Receipt# 7007 1490 0003 2626 3538

7007 1490 0003 2626 3538

Fremont Investment & Loan
P.O. Box 19030
San Bernardino, CA 92423-9030

Re:    Timothy Losacco and Florence Losacco
       Real Estate Loan No. 3000221234
       Property Address: 804 Begonia Street, Escondido, California 92027
       NOTICE OF RESCISSION OF MORTGAGE/LOAN HELD BY FREMONT
       INVESTMENT & LOAN
       A QUALIFIED WRITTEN REQUEST PURSUANT TO 12 U.S.C. §2605

Dear Sir or Madam:

        This office represents Timothy Losacco and Florence Losacco in their claims against
Fremont Investment & Loan, and its assigns, servicers, agents, principals, subsidiaries and/or the
holder/owner of the note for the above referenced loan (hereinafter referred to as "Creditor").
Enclosed is a copy of a Letter of Designation And Authorization signed by my client. All further
communications must be directed to this office only. The debt associated with the above
referenced real estate loan number is hereby disputed.

## NOTICE OF RESCISSION OF MORTGAGE

Page 1 of 4

**EXHIBIT "B"**

Consumers, Timothy Losacco and Florence Losacco (hereinafter referred to as "Consumer"), base the following upon the understanding that Creditor is subject to the Truth In Lending Act (hereinafter "TILA"), and hereby exercise his rights under the Truth In Lending Act (15 U.S.C. §1601 et seq.), Regulation Z (12 C.F.R. § 226.1 et seq.), and related statutes and California state laws, which may include, without limitation, RESPA and California Finance Lenders laws, to rescind the above referenced loan. Without limitation, Consumer bases his right to rescind upon the fact that required disclosures pursuant to 15 USC §1601 et seq. were not provided to the Consumer, including but not limited to, two copies of a Notice of Right To Cancel containing all required information.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you could be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Additionally, pursuant the to 15 U.S.C. § 1641(f)(2) and 12 U.S.C. § 2605, A QUALIFIED WRITTEN REQUEST is hereby made for the name, address, and telephone number of the master servicer, all the mortgage holders, all the note/loan holders, and all the owners of the loan described above. Furthermore, A QUALIFIED WRITTEN REQUEST is made for all signed and/or unsigned copies of the following documents, if they exist, relating to the above referenced loan:

1. All Notices of Right to Cancel;
2. HUD-1 Disclosure;
3. Truth In Lending Act Disclosures;
4. The Entire Note;
5. Deed of Trust;
6. All riders to any of the above documents;
7. Disclosures pursuant to 15 U.S.C. §1639;
8. A History of Payments and other document showing the loan disbursements, loan charges, payments made, and current principal balance due;
9. The Entire Loan Application File; and
10. All correspondence.

Demand is hereby made for verification of the alleged debt. Request is also made for an immediate written description of all information, data, or other documentation that you believe would disprove that this loan is in violation of TILA, RESPA, and/or California Finance Lenders laws and subject to rescission.

If you are not currently the holder/owner of the loan, we hereby request that you immediately forward this Notice of Rescission to the holder/owner of the loan.

EXHIBIT "B"

Be advised that any action taken against my clients, including but not limited to any collection actions, any recording of any foreclosure instrument, including any Notice of Trustee's Sale, or any other foreclosure action which violates federal and/or state laws will be construed as willful and malicious actions, and will be extremely injurious to my clients.

Sincerely,

Deborah L. Raymond
Attorney for Timothy & Florence Losacco

EXHIBIT "B"

**WE HEREBY RESCIND/CANCEL THE LOAN TRANSACTION RELATING TO FREMONT INVESTMENT & LOAN REAL ESTATE LOAN NUMBER 3000221234.** A signed photocopy, PDF, or facsimile of this Rescission/Cancellation shall have the same force and/or effect as a signed original.

Dated: 2-29-08

_____
Timothy Losacco

Dated: 2/29/08

_____
Florence Losacco

20

**EXHIBIT "B"**

# Law Offices of Deborah L. Raymond

380 Stevens Avenue, Suite 205
Solana Beach, CA 92075
Tel: 858-481-9559
Fax: 858-724-0747

## LETTER OF DESIGNATION AND AUTHORIZATION

To Whom It May Concern:

Re: Timothy Losacco and Florence Losacco / 804 Begonia Street, Escondido, CA 92806

      Please be advised that I have retained the Law Offices of Deborah L. Raymond to represent my interests. I hereby authorize the Law Offices of Deborah L. Raymond to represent my interests, including, but not limited to, communicating, negotiating, and otherwise dealing with my loan, previously or currently held by Freemont Investment & Loan, and all parties associated with said loan, including without limitation, Mortgage Works, Lawyers Title Company, assigns, creditors, collectors, collection agencies, credit reporting agencies, attorneys, and all Federal, State, and local government agencies, as may be required in her representation of me. Except, this authorization does not authorize the Law Offices of Deborah L. Raymond to accept service of any summons and/or complaint on my behalf.

      Also, by signing below, I authorize any credit reporting agencies, credit reporting bureaus, collector, creditor, doctor, chiropractor, hospital, any other healthcare provider, employer, police agency, government agency, or any other person to whom a signed photocopy or facsimile of this authorization is delivered, to furnish any information, documents, reports or copies of records which may be requested by the Law Offices of Deborah L. Raymond.

Date: __11/15/07__          Signed: _____

Date: __11/15/07__          Signed: _____

21

**EXHIBIT "B"**

 **UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0003 2626 3538**
Status: **Delivered**

Your item was delivered at 10:29 AM on March 7, 2008 in SAN
BERNARDINO, CA 92403.

Additional Details >    Return to USPS.com Home >

---

Track & Confirm

Enter Label/Receipt Number.

---

Site Map    Contact Us    Forms    Govt Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    

---

**CERTIFIED MAIL RECEIPT**

SAN BERNARDINO CA 92423

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.06 |

Postmark Here    03/05/2008

Sent To *Fremont Investment & Loan*
Street, Apt. No.; or PO Box No. *P.O. Box 19030*
City, State, ZIP+4 *San Bernardino, CA 92423-9030*

7007 1490 0003 2626 3538

**EXHIBIT "B-1"**

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

4/28/2008

 **UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7007 1490 0003 2626 3521
Status: **Delivered**

Your item was delivered at 12:12 PM on March 7, 2008 in ANAHEIM, CA 92806.

Track & Confirm

Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >

Site Map    Contact Us    Forms    Govt Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**U.S. POSTAL SERVICE**
**CERTIFIED MAIL RECEIPT** Los Coco
ANAHEIM CA 92806

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.06 |

03/05/2008

7007 1490 0003 2626 3521

Sent To Fremont Investment & Loan
Street, Apt. No; or PO Box No. 1065 N. Pacificanta Drive
City, State, ZIP+4 Anaheim, CA 92806
Funding Dept.    Attn: Funding Manager

23

**EXHIBIT "B-1"**

JS44
(Rev. 07/89)

## CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| TIMOTH LOSACCO; FLORENCE LOSACCO | FREMONT INVESTMENT & LOAN; FILED and DOES 1-10, inclusive 08 MAY -2 PM 4:00 |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  San Diego (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT COUNTY (IN U.S. PLAINTIFF CASES ONLY) DISTRICT OF CALIFORNIA NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED BY DEPUTY |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Law Offices of Deborah L. Raymond 445 Marine View Avenue, Suite 305 Del Mar, CA 92014 Tel# (858) 481-9559 | ATTORNEYS (IF KNOWN) '08 CV 0810 JM POR |
|---|---|

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff  
☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).
Violations of the Federal Truth In Lending Act, 15 U.S.C. sections 1601 et seq.

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instruments | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayments &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| ☐ 153Recovery of Overpayments of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 195 Contract Product Liability | | | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | ☒ 890 Other Statutory Actions |
| | | ☐ 555 Prisoner Conditions | | | TILA |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding    ☐ 2 Removal from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ 6 Multidistrict Litigation    ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ $10,000.00 + rescission not less than | JURY DEMAND: ☒ YES ☐ NO Check YES only if demanded in complaint: |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE  n/a | | Docket Number  n/a |
|---|---|---|---|

| DATE  05/02/08 | SIGNATURE OF ATTORNEY OF RECORD  Deborah L Raymond |
|---|---|

150464 $350 - TB 05/02/08

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 150464    — MB

May 02. 2008
15:57:41

Civ Fil Non-Pris
USAO #.: 08CV0810 CIVIL FILING
Judge..: JEFFREY T MILLER
Amount.:                        $350.00 CK
Check#.: PC4361

Total-> $350.00

FROM: TIMOTH LOSACCO; FLORENCE
LOSACCO VS FREMONT
INVESTMENT, ET AL