Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY -2 PH 3: 57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.
BY ____ DEPUTY

TIMOTHY LOSACCO, an individual,
FLORENCE LOSACCO, an individual;

        Plaintiffs,

vs

FREMONT INVESTMENT & LOAN,
a California corporation; and DOES 1-10,
inclusive,

        Defendant(s).

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0810 JM POR

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Deborah L. Raymond, SBN 173528
    Law Offices of Deborah L. Raymond
    445 Marine View Avenue, Suite 305
    Del Mar, CA 92014
    Tel#: (858) 481-9559

    An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAY 0 2 2008



W. Samuel Hamrick, Jr.

CLERK

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)