LAW OFFICES OF DEBORAH L. RAYMOND
Deborah L. Raymond, SBN 173528
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
(858) 481-9559

Attorney For Plaintiffs, TIMOTHY LOSACCO and FLORENCE LOSACCO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOSACCO, an individual; FLORENCE LOSACCO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FREMONT INVESTMENT & LOAN, a California corporation; and DOES 1-10, inclusive, <br><br> Defendant(s). | **Case No. 08cv0810JM (POR)** <br><br> **NOTICE OF ERRATA RE COMPLAINT** |

TO: ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE THAT the Complaint For Injunctive Relief, Recoupment/Setoff, Damages, Accounting, And To Quiet Title Relating To Violations Of The Truth In Lending Act, The California Rosenthal Act, and Demand For Jury Trial, filed with this Court on May 2, 2008, contains the following error: in the Complaint, page 4, paragraph 15, line 23, the word "GMAC" should read "Fremont", and page 4, paragraph 15, line 25½, the date "April 15, 2008" should read "May 15, 2008". Thus the entire paragraph 15 should read:

15. More than twenty (20) days have elapsed since the Rescission Notice was received, and Defendant Fremont has failed and refused, and continues to fail and refuse, to perform any of the acts required by 15 U.S.C. §1635(b), and have instead, continued foreclosure proceedings by scheduling a foreclosure sale for May 15, 2008.

Plaintiffs apologize to the Court for any inconvenience this mistake may have caused.

Date:5/08/08

Respectfully submitted,
Law Offices of Deborah L. Raymond


By: /s/ Deborah L. Raymond
Deborah L. Raymond, Esq.
Attorney For Plaintiffs