1  LAW OFFICES OF DEBORAH L. RAYMOND
2  Deborah L. Raymond, SBN 173528
   445 Marine View Avenue, Suite 305
3  Del Mar, CA 92014
   (858) 481-9559
4
5  Attorney For Plaintiffs, TIMOTHY LOSACCO and FLORENCE LOSACCO

6

7

8
                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

10
                                              **Case No. 08cv0810JM (POR)**
11 TIMOTHY LOSACCO, an individual;
   FLORENCE LOSACCO, an individual,
12
           Plaintiffs,
13                                            **APPLICATION FOR TEMPORARY
                                              RESTRAINING ORDER AND
14 vs.                                        PRELIMINARY INJUNCTION**

15 FREMONT INVESTMENT & LOAN, a
   California corporation; and DOES 1-10,
16 inclusive,

17         Defendant(s).

18

19

20         TO: DEFENDANT, FREMONT INVESTMENT & LOAN, AND, ITS

21 ATTORNEY(S) OF RECORD:

22         PLEASE TAKE NOTICE THAT Plaintiffs hereby apply for a Temporary Restraining

23

24 Order ("TRO") and a Preliminary Injunction enjoining Defendant and its agents, assigns, employees,

25 officers, attorneys, and representative from engaging in or performing any act to deprive Plaintiffs of

26 ownership or possession of the real property located at 804 Begonia Street, Escondido, California

27 92027 (hereinafter the "Property"), including but not limited to instituting, prosecuting, or maintaining

foreclosure or sale proceedings on the Property, from recording any deeds or mortgages regarding the Property or from otherwise taking any steps whatsoever to deprive Plaintiff of ownership in the Property, and **in particular from proceeding with the foreclosure sale of the Property scheduled for 10:00 a.m. on May 15, 2008.**

This Application is based on this Notice, and the Memorandum of Points and Authorities, the declarations of Timothy Losacco, Florence Losacco, and Deborah L. Raymond, Esq. filed herewith, and the pleadings, filings and other matters that may be presented at a hearing.

Date:5/08/08

Respectfully submitted,
Law Offices of Deborah L. Raymond


By: /s/ Deborah L. Raymond
Deborah L. Raymond, Esq.
Attorney For Plaintiffs

Losacco v. Fremont Investment & Loan et al.
Case No. 08cv0810JM (POR)

2

APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND
PRELIMINARY INJUNCTION