LAW OFFICES OF DEBORAH L. RAYMOND
Deborah L. Raymond, SBN 173528
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
(858) 481-9559

Attorney For Plaintiffs, TIMOTHY LOSACCO and FLORENCE LOSACCO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOSACCO, an individual; FLORENCE LOSACCO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FREMONT INVESTMENT & LOAN, a California corporation; and DOES 1-10, inclusive,<br><br>Defendant(s). | **Case No. 08cv0810JM (POR)**<br><br>**DECLARATION OF DEBORAH L. RAYMOND, ESQ. IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, DEBORAH L. RAYMOND hereby declare:

1. I am an attorney duly admitted to practice law as a member of the State Bar of California and I am admitted to practices in the Southern District of California and all courts of the State of California. I am a sole practitioner with offices located at 445 Marine View Avenue, Suite 305, Del Mar, California 92014. The following declaration is based upon my personal knowledge such that if called as a witness, I could competently testify thereto.

3. I have been retained by Timothy Losacco and Florence Losacco ("Plaintiffs") to

Losacco v. Fremont Investment & Loan et al.
Case No. 08cv0810JM (POR)

1

DECLARATION OF DEBORAH L. RAYMOND
IN SUPPORT OF APPLICATION FOR TRO/PI

represent them with regard to claims against Fremont Investment & Loan ("Fremont") relating to a loan transaction secured by Plaintiffs' principal residence entered into on or about July 17, 2006 (the "Transaction").

4. On February 14, 2008, I mailed a Qualified Written Request to Fremont Investment & Loan ("QWR 1"). A copy of QWR 1 that I mailed on February 14, 2008, along with copies of proof of delivery are herein attached and incorporated by referenced as Exhibit "A".

5. On March 5, 2008, I mailed a Notice of Rescission to Fremont. A copy of the Notice of Rescission that I mailed on March 5, 2008 is herein attached and incorporated by reference as Exhibit "B".

6. On May 8, 2008, I contacted Fremont in an attempt to either postpone the sale or cancel the sale while issues relating to Plaintiffs' rescission were addressed. I spoke with Becky Miller who identified herself as a representative of Fremont. Becky Miller stated that she was in the department of the Omsbudsmen and she did not have the authority to postpone the sale. I requested that she send me to Fremont's legal department. Becky Miller informed me that if I emailed her a copy of the Complaint, she would give it to the legal department. After hanging up, I emailed a courtesy copy of the Complaint to bmiller@fmtinv.com. Becky Miller later left a voicemail message stating that she had given the Complaint to the legal department and the contact person is Maureen Barlow at 1-714-961-5282. I telephoned Maureen Barlow's number and left a message informing her of my intent to file an Application for a Temporary Restraining Order if the sale was not voluntarily postponed, and requested that she return my call at her earliest opportunity. I also telephoned Fremont and requested the facsimile number for the legal department and was given 1-714-431-1412. By 5:00 p.m. on May 8, 2008, I had not heard from Ms. Barlow.

7. I respectfully request that this Court issue an immediate TRO/Preliminary Injunction

to prevent the imminent foreclosure sale of my clients' residence and give my clients the opportunity to have their claims heard on the merits.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 8th day of May 2008, at Del Mar, California.

/s/ Deborah L. Raymond
DEBORAH L. RAYMOND, ESQ.

Losacco v. Fremont Investment & Loan et al.
Case No. 08cv0810JM (POR)

3

DECLARATION OF DEBORAH L. RAYMOND
IN SUPPORT OF APPLICATION FOR TRO/PI

# Law Offices of Deborah L. Raymond
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
Tel: 858-481-9559
Fax: 858-724-0747

February 14, 2008

**SENT VIA FIRST CLASS CERTIFIED U.S. MAIL**
Certified Receipt# 7007 1490 0001 7544 4348

7007 1490 0001 7544 4348

Fremont Investment & Loan
P.O. Box 19030
San Bernardino, CA 92423-9030

Re:   Timothy & Florence Losacco
      Real Estate Loan No. 3000221234
      Property Address: 804 Begonia Street, Escondido, California 92027
      A QUALIFIED WRITTEN REQUEST PURSUANT TO 12 U.S.C. §2605

Dear Sir or Madam:

    This office represents Timothy & Florence Losacco in their claims regarding the above referenced loan. Enclosed is a copy of a Letter of Designation And Authorization signed by my clients. **All further communications must be directed to this office only.** The debt associated with the above referenced real estate loan number is hereby disputed.

    Pursuant to 12 U.S.C. §2605, A QUALIFIED WRITTEN REQUEST is hereby made for information regarding the origination and the servicing of the loan, including without limitation copies of all <u>signed and/or unsigned</u> versions of the following documents relating to the above referenced loan:

1. Notice of Right of Rescission or Notice of Right To Cancel;
2. HUD-1 Disclosure or closing statement;
3. Truth In Lending Act Disclosures;
4. The Entire Note;
5. Deed of Trust;
6. All riders to any of the above documents;
7. Disclosures pursuant to 15 U.S.C. §1639;

12 USC §2605: Qualified Written Request      Page 1 of 3

**EXHIBIT "A"**

8. A History of Payments and other documents showing the loan disbursements, loan charges, payments made, and current principal balance due;
9. The Entire Loan Application File; and
10. All correspondence.

In addition, pursuant to 15 U.S.C. §1641(f)(2), request is hereby made for the name, address, and telephone number of the master servicer, the mortgage holder, the loan holder, and the owner of the loan secured by the property referenced above.

Sincerely,

*Deborah L. Raymond* (signature)

Deborah L. Raymond
Attorney At Law

enclosure;

We, Timothy and Florence Losacco hereby request information regarding the origination and the servicing of our real estate loan, real estate loan number 3000221234. Please forward all information to our attorney.

Date: 1-30-08

_____   _____
Timothy Losacco                Florence Losacco

# Law Offices of Deborah L. Raymond

380 Stevens Avenue, Suite 205
Solana Beach, CA 92075
Tel: 858-481-9559
Fax: 858-724-0747

## LETTER OF DESIGNATION AND AUTHORIZATION

To Whom It May Concern:

Re: Timothy Losacco and Florence Losacco / 804 Begonia Street, Escondido, CA 92806

Please be advised that I have retained the Law Offices of Deborah L. Raymond to represent my interests. I hereby authorize the Law Offices of Deborah L. Raymond to represent my interests, including, but not limited to, communicating, negotiating, and otherwise dealing with my loan, previously or currently held by Freemont Investment & Loan, and all parties associated with said loan, including without limitation, Mortgage Works, Lawyers Title Company, assigns, creditors, collectors, collection agencies, credit reporting agencies, attorneys, and all Federal, State, and local government agencies, as may be required in her representation of me. Except, this authorization does not authorize the Law Offices of Deborah L. Raymond to accept service of any summons and/or complaint on my behalf.

Also, by signing below, I authorize any credit reporting agencies, credit reporting bureaus, collector, creditor, doctor, chiropractor, hospital, any other healthcare provider, employer, police agency, government agency, or any other person to whom a signed photocopy or facsimile of this authorization is delivered, to furnish any information, documents, reports or copies of records which may be requested by the Law Offices of Deborah L. Raymond.

Date: 11/15/07        Signed: _____
Date: 11/15/07        Signed: _____

EXHIBIT "A"



**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7007 1490 0001 7544 4348**
Status: **Delivered**

Your item was delivered at 10:37 am on February 15, 2008 in SAN BERNARDINO, CA 92403. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service**™     Losacco
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

SAN BERNARDINO CA 92423    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41 | 0075
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.06 |

Postmark Here FEB 14 2008    02/14/2008

Sent To  Freemont Investment & Loan
Street, Apt. No.; or PO Box No.  P.O. Box 19030
City, State, ZIP+4  San Bernardino CA 92423-9030

PS Form 3800, August 2006    See Reverse for Instructions

7007 1490 0001 7544 4348

**EXHIBIT "A"**

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    4/29/2008

# Law Offices of Deborah L. Raymond

445 Marine View Avenue, Suite 305
Del Mar, CA 92014
Tel: 858-481-9559
Fax: 858-724-0747

March 5, 2008

<u>SENT VIA FIRST CLASS CERTIFIED U.S. MAIL</u>
Certified Receipt# 7007 1490 0003 2626 3521

```
7007 1490 0003 2626 3521
```

Fremont Investment & Loan
1065 N. Pacificenter Drive
Anaheim, CA 92806
Funding Dept.      Attn: Funding Manager

<u>SENT VIA FIRST CLASS CERTIFIED U.S. MAIL</u>
Certified Receipt# 7007 1490 0003 2626 3538

```
7007 1490 0003 2626 3538
```

Fremont Investment & Loan
P.O. Box 19030
San Bernardino, CA 92423-9030

Re:   Timothy Losacco and Florence Losacco
      Real Estate Loan No. 3000221234
      Property Address: 804 Begonia Street, Escondido, California 92027
      NOTICE OF RESCISSION OF MORTGAGE/LOAN HELD BY FREMONT
      INVESTMENT & LOAN
      A QUALIFIED WRITTEN REQUEST PURSUANT TO 12 U.S.C. §2605

Dear Sir or Madam:

This office represents Timothy Losacco and Florence Losacco in their claims against Fremont Investment & Loan, and its assigns, servicers, agents, principals, subsidiaries and/or the holder/owner of the note for the above referenced loan (hereinafter referred to as "Creditor"). Enclosed is a copy of a Letter of Designation And Authorization signed by my client. All further communications must be directed to this office only. The debt associated with the above referenced real estate loan number is hereby disputed.

<u>**NOTICE OF RESCISSION OF MORTGAGE**</u>

Page 1 of 4

EXHIBIT "B"

Consumers, Timothy Losacco and Florence Losacco (hereinafter referred to as "Consumer"), base the following upon the understanding that Creditor is subject to the Truth In Lending Act (hereinafter "TILA"), and hereby exercise his rights under the Truth In Lending Act (15 U.S.C. §1601 et seq.), Regulation Z (12 C.F.R. § 226.1 et seq.), and related statutes and California state laws, which may include, without limitation, RESPA and California Finance Lenders laws, to rescind the above referenced loan. Without limitation, Consumer bases his right to rescind upon the fact that required disclosures pursuant to 15 USC §1601 et seq. were not provided to the Consumer, including but not limited to, two copies of a Notice of Right To Cancel containing all required information.

We are prepared to discuss a tender obligation, should it arise, and satisfactory ways in which my clients may meet this obligation. Please be advised that if you do not cancel the security interest and return all consideration paid by my client within 20 days of receipt of this letter, you could be responsible for actual and statutory damages pursuant to 15 U.S.C. § 1640(a).

Additionally, pursuant the to 15 U.S.C. § 1641(f)(2) and 12 U.S.C. § 2605, A QUALIFIED WRITTEN REQUEST is hereby made for the name, address, and telephone number of the master servicer, all the mortgage holders, all the note/loan holders, and all the owners of the loan described above. Furthermore, A QUALIFIED WRITTEN REQUEST is made for all <u>signed and/or unsigned</u> copies of the following documents, if they exist, relating to the above referenced loan:

1. All Notices of Right to Cancel;
2. HUD-1 Disclosure;
3. Truth In Lending Act Disclosures;
4. The Entire Note;
5. Deed of Trust;
6. All riders to any of the above documents;
7. Disclosures pursuant to 15 U.S.C. §1639;
8. A History of Payments and other document showing the loan disbursements, loan charges, payments made, and current principal balance due;
9. The Entire Loan Application File; and
10. All correspondence.

Demand is hereby made for verification of the alleged debt. Request is also made for an immediate written description of all information, data, or other documentation that you believe would disprove that this loan is in violation of TILA, RESPA, and/or California Finance Lenders laws and subject to rescission.

If you are not currently the holder/owner of the loan, we hereby request that you immediately forward this Notice of Rescission to the holder/owner of the loan.

Page 2 of 4

EXHIBIT "B"

  Be advised that any action taken against my clients, including but not limited to any collection actions, any recording of any foreclosure instrument, including any Notice of Trustee's Sale, or any other foreclosure action which violates federal and/or state laws will be construed as willful and malicious actions, and will be extremely injurious to my clients.

                Sincerely,

                */s/ Deborah L. Raymond*

                Deborah L. Raymond
                Attorney for Timothy & Florence Losacco

**WE HEREBY RESCIND/CANCEL THE LOAN TRANSACTION RELATING TO FREMONT INVESTMENT & LOAN REAL ESTATE LOAN NUMBER 3000221234.** A signed photocopy, PDF, or facsimile of this Rescission/Cancellation shall have the same force and/or effect as a signed original.

Dated: 2-29-08

_____
Timothy Losacco

Dated: 2/29/08

_____
Florence Losacco

Page 4 of 4

EXHIBIT "B"

# Law Offices of Deborah L. Raymond

380 Stevens Avenue, Suite 205
Solana Beach, CA 92075
Tel: 858-481-9559
Fax: 858-724-0747

## LETTER OF DESIGNATION AND AUTHORIZATION

To Whom It May Concern:

Re: Timothy Losacco and Florence Losacco / 804 Begonia Street, Escondido, CA 92806

Please be advised that I have retained the Law Offices of Deborah L. Raymond to represent my interests. I hereby authorize the Law Offices of Deborah L. Raymond to represent my interests, including, but not limited to, communicating, negotiating, and otherwise dealing with my loan, previously or currently held by Freemont Investment & Loan, and all parties associated with said loan, including without limitation, Mortgage Works, Lawyers Title Company, assigns, creditors, collectors, collection agencies, credit reporting agencies, attorneys, and all Federal, State, and local government agencies, as may be required in her representation of me. Except, this authorization does not authorize the Law Offices of Deborah L. Raymond to accept service of any summons and/or complaint on my behalf.

Also, by signing below, I authorize any credit reporting agencies, credit reporting bureaus, collector, creditor, doctor, chiropractor, hospital, any other healthcare provider, employer, police agency, government agency, or any other person to whom a signed photocopy or facsimile of this authorization is delivered, to furnish any information, documents, reports or copies of records which may be requested by the Law Offices of Deborah L. Raymond.

Date: 11/15/07     Signed: _____

Date: 11/15/07     Signed: _____

EXHIBIT "B"



**Track & Confirm**

**Search Results**

Label/Receipt Number: **7007 1490 0003 2626 3538**
Status: **Delivered**

Your item was delivered at 10:29 AM on March 7, 2008 in SAN BERNARDINO, CA 92403.

*(Additional Details >)*  *(Return to USPS.com Home >)*

**Track & Confirm**
Enter Label/Receipt Number.

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

SAN BERNARDINO CA 92423     OFFICIAL USE     Losacco

| | |
|---|---|
| Postage | $0.41 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.06 |

Postmark: MAR 5 2008   03/05/2008

Sent To: Fremont Investment & Loan
Street, Apt. No.; or PO Box No.: P.O. BOX 19030
City, State, ZIP+4: San Bernardio, CA 92423-9030

PS Form 3800, August 2006    See Reverse for Instructions

7007 1490 0003 2626 3538

**EXHIBIT "B"**



UNITED STATES POSTAL SERVICE®

Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7007 1490 0003 2626 3521**
Status: **Delivered**

Your item was delivered at 12:12 PM on March 7, 2008 in ANAHEIM, CA 92806.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data    FOIA



**EXHIBIT "B"**