LAW OFFICES OF DEBORAH L. RAYMOND
Deborah L. Raymond, SBN 173528
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
(858) 481-9559

Attorney For Plaintiffs, TIMOTHY LOSACCO and FLORENCE LOSACCO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOSACCO, an individual; FLORENCE LOSACCO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FREMONT INVESTMENT & LOAN, a California corporation; and DOES 1-10, inclusive,<br><br>Defendant(s). | **Case No. 08cv0810JM (POR)**<br><br><br>**PROOF OF SERVICE** |

I am employed in the City of Solana Beach, County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 665 San Rodolfo Drive, Suite 124-164, Solana Beach, California 92075.

On May 9, 2008, I caused to be served the following document(s): copy(ies) of

1) **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;**

2) **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN**

| | | |
|---|---|---|
| 1 | | SUPPORT OF APPLICATION FOR TRO AND PRELIMINARY INJUNCTION; |
| 2 | | |
| 3 | 3) | DECLARATION OF DEBORAH L. RAYMOND IN SUPPORT OF APPLICATION FOR TRO AND PRELIMINARY INJUNCTION; |
| 4 | 4) | DECLARATION OF TIMOTHY LOSACCO IN SUPPORT OF APPLICATION FOR TRO AND PRELIMINARY INJUNCTION; |
| 5 | | |
| 6 | 5) | DECLARATION OF FLORENCE LOSACCO IN SUPPORT OF APPLICATION FOR TRO AND PRELIMINARY INJUNCTION; and |
| 7 | | |
| 8 | 6) | PROOF OF SERVICE. |

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

Fremont Investment & Loan
2727 East Imperial Highway
Brea, CA 92821

[ ]    **(BY MAIL)** I placed each of the above referenced documents in a sealed envelope, with postage thereon fully prepaid for first-class mail for collection and mailing at the Solana Beach or Encinitas, California U.S. Post Office.

[XX]   **(BY EXPRESS MAIL U.S. POSTAL SERVICE)** I placed each of the above referenced documents in a sealed envelope, with postage thereon fully prepaid for Express Mail, United States Postal Service for collection and mailing at Solana Beach or Encinitas, California, following ordinary business practices. I am familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.

[ ]    **(BY PERSONAL DELIVERY)** Each such document was placed in a sealed envelope and sent by personal messenger to be hand delivered to the attorneys' offices listed above.

[ ]    **(BY FACSIMILE)** I sent each such document by facsimile to Fremont Investment & Loan, Legal Dept. at facsimile# 1-714-431-1412.

////

/////

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3  Executed at Del Mar, California on May 9, 2008.

/s/ Thomas Raymond
Thomas Raymond