Timothy M. Ryan, Bar No. 178059
tryan@theryanfirm.com
Barry G. Coleman, Bar No. 75383
bcoleman@theryanfirm.com
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Defendant FREMONT INVESTMENT AND LOAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOSACCO, an individual; FLORENCE LOSACCO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FREMONT INVESTMENT & LOAN, a California corporation; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 3:08-cv-00810-JM-POR <br> Date Action Filed: May 2, 2008 <br><br> **STIPULATION TO EXTEND THE TIME IN WHICH FREMONT INVESTMENT AND LOAN MAY FILE A RESPONSIVE PLEADING** <br><br> Trial Date: None set. |

Plaintiffs, Timothy Losacco and Florence Losacco served their initial complaint on Defendant Fremont Investment and Loan on June 4, 2008, and Fremont's response to the initial complaint is due not later than June 24, 2008. The parties are discussing resolution of this matter and therefore Plaintiffs, Timothy Losacco and Florence Losacco, and Defendant, Fremont Investment and Loan, do hereby stipulate by and through their respective counsel of record as follows:

It is stipulated that the time in which Fremont has to answer or otherwise respond to Plaintiffs' initial complaint be extended for thirty (30) days from June 24, 2008, and

1  that a facsimile signature may be considered an original for all purposes of this
2  stipulation.
3  DATED:    June 25, 2008              THE RYAN FIRM
4                                        A Professional Corporation
5
6
7  By: /s/ Barry G. Coleman
       TIMOTHY M. RYAN
8      BARRY G. COLEMAN
       Attorneys for Defendant FREMONT
9      INVESTMENT AND LOAN

10 DATED:    June 24, 2008              LAW OFFICES OF DEBORAH L.
11                                       RAYMOND
12
13
14 By: /s/ Deborah L. Raymond
       DEBORAH L. RAYMOND
15     Attorneys for Plaintiffs TIMOTHY
       LOSACCO AND FLORENCE
16     LOSACCO

THE RYAN FIRM
A Professional Corporation

2

3:08-cv-00810-JM-POR

Stipulation to Extend the Time in Which Fremont May File a Responsive Pleading

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 1100 North Tustin Avenue, Suite 200, Anaheim, California 92807.

On June 25, 2008, I served the within document(s) described as: **STIPULATION TO EXTEND THE TIME IN WHICH FREMONT INVESTMENT AND LOAN MAY FILE A RESPONSIVE PLEADING** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
| --- | --- | --- |
| Deborah L. Raymond, Esq.<br>L/O Deborah L. Raymond<br>445 Marine View Avenue<br>Suite 305<br>Del Mar, CA 92014<br>Solana Beach, CA 92075 | Tel.: (858) 481-9559<br>Fax: (858) 724-0747<br>draymond@lawinfo.com | Counsel for Plaintiffs TIMOTHY LOSACCO and FLORENCE LOSACCO |

☒ **BY MAIL** (Code Civ. Proc. § 1013(a))—I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Anaheim, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 25, 2008, at Anaheim, California.

TYLER J. KEMP