THE RYAN FIRM
A Professional Corporation

1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  TIMOTHY LOSACCO, an individual;      )   CASE NO.:   3:08-cv-00810-JM-POR
    FLORENCE LOSACCO, an                 )   Date Action Filed:   May 2, 2008
12  individual,                          )
                                         )
13                                       )
            Plaintiffs,                  )   [PROPOSED] ORDER GRANTING
14                                       )   STIPULATION TO EXTEND THE
    vs.                                  )   TIME IN WHICH FREMONT
15                                       )   INVESTMENT AND LOAN MAY FILE
                                         )   A RESPONSIVE PLEADING
16  FREMONT INVESTMENT & LOAN,           )
    a California corporation; and DOES 1- )
17  10, inclusive,                       )
                                         )   Trial Date:          None set.
18          Defendants.                  )
                                         )
19  _____   )

20          Having considered the stipulation of the parties regarding a thirty day extension of

21  time for Fremont Investment and Loan to file an answer or otherwise respond to

22  Plaintiff's complaint and good cause appearing;

23          **IT IS ORDERED THAT** the time in which Fremont has to answer or otherwise

24  respond to Plaintiffs' initial complaint be extended for thirty (30) days from June 24,

25  2008.

26

27  DATED: _____        _____

28                              Hon. Jeffrey T. Miller, District Judge

                                          1                        3:08-cv-00810-JM-POR

**THE RYAN FIRM**
A Professional Corporation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action.  I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 1100 North Tustin Avenue, Suite 200, Anaheim, California 92807.

On June _25_, 2008, I served the within document(s) described as: **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE TIME IN WHICH FREMONT INVESTMENT AND LOAN MAY FILE A RESPONSIVE PLEADING** on the interested parties in this action:

☒    by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Deborah L. Raymond, Esq. L/O Deborah L. Raymond 445 Marine View Avenue Suite 305 Del Mar, CA 92014 Solana Beach, CA 92075 | Tel.:    (858) 481-9559 Fax:    (858) 724-0747 draymond@lawinfo.com | Counsel for Plaintiffs TIMOTHY LOSACCO and FLORENCE LOSACCO |

☒    **BY MAIL** (Code Civ. Proc. § 1013(a))—I deposited such envelope(s) for processing in the mailroom in our offices.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Anaheim, California, in the ordinary course of business.  I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒    (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June _25_, 2008, at Anaheim, California.

_____
TYLER J. KEMP

Proof of Service