UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOSACCO, an individual; FLORENCE LOSACCO, an individual;<br><br>          Plaintiffs,<br>v.<br><br>FREMONT INVESTMENT & LOAN, a California corporation; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.08cv810 JM(POR)<br><br>ORDER ON JOINT MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING  [Docket No. 6] |

Based upon the joint motion of the parties, Defendant, Fremont Investment and Loan, shall file and serve a response to the Complaint by July 25, 2008.

IT IS SO ORDERED.

DATED: June 26, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge