Timothy M. Ryan, Bar No. 178059
tryan@theryanfirm.com
Barry G. Coleman, Bar No. 75383
bcoleman@theryanfirm.com
THE RYAN FIRM
A Professional Corporation
1100 N. Tustin Avenue, Suite 200
Anaheim, California 92807
Telephone (714) 666-1362; Fax (714) 666-1443

Attorneys for Defendant FREMONT INVESTMENT AND LOAN

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOSACCO, an individual; FLORENCE LOSACCO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FREMONT INVESTMENT & LOAN, a California corporation; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.:  3:08-cv-00810-JM-POR <br> Date Action Filed:   May 2, 2008 <br><br> **STIPULATION TO EXTEND THE TIME IN WHICH FREMONT INVESTMENT AND LOAN MAY FILE A RESPONSIVE PLEADING** <br><br> Trial Date:          None set. |

Plaintiffs, Timothy Losacco and Florence Losacco served their initial complaint on Defendant Fremont Investment and Loan on June 4, 2008, and Fremont's response to the initial complaint was due not later than June 24, 2008, the parties stipulated to a continuance to enable settlement discussions to proceed.  The parties are still discussing resolution of this matter and therefore Plaintiffs, Timothy Losacco and Florence Losacco, and Defendant, Fremont Investment and Loan, do hereby stipulate by and through their respective counsel of record as follows:

It is stipulated that the time in which Fremont has to answer or otherwise respond to Plaintiffs' initial complaint be extended for an additional thirty (30) days from July 25,

1  2008, and that a facsimile signature may be considered an original for all purposes of this
2  stipulation.

3  DATED:     July 21, 2008              THE RYAN FIRM
4                                        A Professional Corporation
5
6
7                                        By: /s/ Barry G. Coleman
                                         TIMOTHY M. RYAN
8                                        BARRY G. COLEMAN
                                         Attorneys for Defendant FREMONT
9                                        INVESTMENT AND LOAN

10 DATED:     July 21, 2008              LAW OFFICES OF DEBORAH L.
11                                       RAYMOND
12                                       /s/ Deborah L. Raymond
13
14                                       By: /s/ Deborah L. Raymond
                                         DEBORAH L. RAYMOND
15                                       Attorneys for Plaintiffs TIMOTHY
                                         LOSACCO AND FLORENCE
16                                       LOSACCO

Stipulation to Extend the Time in Which Fremont May File a Responsive Pleading

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 1100 North Tustin Avenue, Suite 200, Anaheim, California 92807.

On July 22, 2008, I served the within document(s) described as: **STIPULATION TO EXTEND THE TIME IN WHICH FREMONT INVESTMENT AND LOAN MAY FILE A RESPONSIVE PLEADING** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
| --- | --- | --- |
| Deborah L. Raymond, Esq.<br>L/O Deborah L. Raymond<br>445 Marine View Avenue<br>Suite 305<br>Del Mar, CA 92014<br>Solana Beach, CA 92075 | Tel.:  (858) 481-9559<br>Fax:   (858) 724-0747<br>draymond@lawinfo.com | Counsel for Plaintiffs<br>TIMOTHY LOSACCO<br>and FLORENCE<br>LOSACCO |

☒ **BY MAIL** (Code Civ. Proc. § 1013(a))—I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Anaheim, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 22, 2008, at Anaheim, California.

_____
TYLER J. KEMP

Proof of Service