THE RYAN FIRM
A Professional Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOSACCO, an individual; FLORENCE LOSACCO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FREMONT INVESTMENT & LOAN, a California corporation; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 3:08-cv-00810-JM-POR <br> Date Action Filed:   May 2, 2008 <br><br> **ORDER GRANTING STIPULATION TO EXTEND THE TIME IN WHICH FREMONT INVESTMENT AND LOAN MAY FILE A RESPONSIVE PLEADING** <br><br> Trial Date:         None set. |

Having considered the stipulation of the parties regarding a thirty day extension of time for Fremont Investment and Loan to file an answer or otherwise respond to Plaintiff's complaint and good cause appearing;

**IT IS ORDERED THAT** the time in which Fremont has to answer or otherwise respond to Plaintiffs' initial complaint be extended for thirty (30) days from July 25, 2008.

DATED: July 25, 2008

_____
Hon. Jeffrey T. Miller, District Judge