THE RYAN FIRM
A Professional Corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOSACCO, an individual; FLORENCE LOSACCO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> FREMONT INVESTMENT & LOAN, a California corporation; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: 3:08-cv-00810-JM-POR <br> Date Action Filed: May 2, 2008 <br><br> **ORDER GRANTING STIPULATION TO EXTEND THE TIME IN WHICH FREMONT INVESTMENT AND LOAN MAY FILE A RESPONSIVE PLEADING** <br><br> Trial Date: None set. |

Having considered the stipulation of the parties regarding a thirty day extension of time for Fremont Investment and Loan to file an answer or otherwise respond to Plaintiff's complaint and good cause appearing;

**IT IS ORDERED THAT** the time in which Fremont has to answer or otherwise respond to Plaintiffs' initial complaint be extended for thirty (30) days from August 25, 2008. Absent exigent circumstances, there will be no further continuances.

DATED: August 22, 2008

_____
Hon. Jeffrey T. Miller, District Judge

1                                                       3:08-cv-00810-JM-POR

Stipulation to Extend the Time in Which Fremont May File a Responsive Pleading