UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOSACCO, an individual; FLORENCE LOSACCO, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>FREMONT INVESTMENT & LOAN, a California corporation; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants.<br>_____<br><br>FREMONT REORGANIZING CORPORATION fka FREMONT INVESTMENT & LOAN, a California Corporation,<br><br>　　　　　　Cross-Complainant,<br><br>　vs.<br><br>TIMOTHY LOSACCO, an individual; FLORENCE LOSACCO, an individual; LAWYERS TITLE COMPANY, an entity of unknown form; JAN DELUCIA, an individual; VERLE YODER, an individual; and ROES 1 through 50, inclusive,<br><br>　　　　　　Cross-Defendants.<br>_____ | CASE NO. 08cv0810 JM (POR)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR CROSS-DEFENDANTS LAWYERS TITLE COMPANY AND JAN DELUCIA TO FILE RESPONSIVE PLEADING TO CROSS-COMPLAINT OF FREMONT REORGANIZING CORPORATION fka FREMONT INVESTMENT & LOAN**<br><br>Date Action Filed: May 2, 2008<br>Judge:　　　　　Hon. Jeffrey T. Miller<br>Courtroom:　　　16<br>Trial Date:　　　None Set |

-1-

1     The Court has read and considered the joint motion of Cross-defendants Lawyers Title Company ("LTC") and Jan Delucia ("Delucia") (collectively "LTC cross-defendants"), and cross-complainant Fremont Reorganizing Corporation fka Fremont Investment & Loan ("Fremont") for an order providing that LTC cross-defendants shall have until December 26, 2008 to respond to Fremont's cross-complaint filed on or about September 26, 2008. The Court finds good cause and grants said joint motion.

    LTC cross-defendants shall have until December 26, 2008 to respond to Fremont's cross-complaint.

    IT IS SO ORDERED.

DATED: December 2, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge