1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TIMOTHY LOSACCO, an individual; FLORENCE LOSACCO, an individual,

      Plaintiffs,

vs.

FREMONT INVESTMENT & LOAN, a California corporation; and DOES 1-10, inclusive,

      Defendant(s).

**Case No. 08cv0810JM (POR)**

**ORDER GRANTING REQUEST FOR SUBSTITUTION OF ATTORNEY AND RELIEVING DEBORAH L. RAYMOND FROM ACTING AS ATTORNEY OF RECORD**

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

The Joint Request For Substitution of Attorney from TIMOTHY LOSACCO, FLORENCE LOSACCO, and DEBORAH L. RAYMOND having been received and read by the Court,

IT IS HEREBY ORDERED that the Joint Request For Substitution of Attorney be

////

////

Losacco v. Fremont Investment & Loan et al.
Case No. 08cv0810JM (POR)

1

ORDER GRANTING REQUEST
FOR SUBSTITUTION OF ATTORNEY

1  granted and Deborah L. Raymond is hereby relieved from acting as attorney of record effective

2  immediately.

3  DATED:   December 11, 2008

4  _____

5  Hon. Jeffrey T. Miller
   United States District Judge

Losacco v. Fremont Investment & Loan et al.
Case No. 08cv0810JM (POR)

2

ORDER GRANTING REQUEST
FOR SUBSTITUTION OF ATTORNEY