UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LOSACCO, an individual; FLORENCE LOSACCO, an individual )<br><br>                    Plaintiff, )<br>v. )<br><br>FREMONT INVESTMENT & LOAN, a California corporation; and DOES 1-10, inclusive, )<br><br>                    Defendants. )<br>――――――――――――――――――― )<br>And related cross claims. )<br>――――――――――――――――――― ) | Case No. 08cv810 JM(POR)<br><br>ORDER GRANTING JOINT MOTION RE DISMISSAL OF ENTIRE ACTION<br> [Docket No. 32] |

        Upon the Joint Motion of the parties [Docket No. 32] and for good cause shown, the entire

above-captioned action and any and all cross-actions, are hereby dismissed with prejudice pursuant to

FRCP 41(a)(1).

        IT IS SO ORDERED.

DATED:  January 29, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

08cv810